UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TONY STOKES                                                         CIVIL ACTION

VERSUS                                                              NO. 08-3194

GINA CULVER                                                         SECTION "J" (2)

## O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.  Therefore,

**IT IS ORDERED** that plaintiff's complaint asserting claims pursuant to 42 U.S.C. § 1983 is hereby **DISMISSED WITH PREJUDICE** as legally frivolous and/or for failure to state a claim under 28 U.S.C. § 1915(e)(2) and pursuant to Heck v. Humphrey, 512 U.S. 477 (1994).

**IT IS FURTHER ORDERED** that all habeas corpus claims asserted in the complaint are **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this  24th  day of  October , 2008.

_____
UNITED STATES DISTRICT JUDGE